**Order entered August 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00817-CV

---

**DAYDRICK NORRIS, Appellant**

**V.**

**TRANS AM SFE II LLC, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02790-D**

---

## ORDER

Appellant's amended brief is overdue. After the Court notified appellant regarding the deficiencies in his brief, and expressly warning appellant that failure to correct his brief might result in the dismissal of this appeal, appellant was granted two extensions of time to file his amended brief. By order dated June 20, 2019, we ordered appellant to file his amended brief no later than July 22, 2019 and cautioned him that further extension requests would be disfavored. To date, appellant has failed to file his amended brief.

Accordingly, we **ORDER** the appeal submitted on appellant's April 1, 2019 brief. Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/    KEN MOLBERG
        JUSTICE